UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN LUTER, RALPH LUTER, RALPH BROWN, DWAYNE GARDNER, ELIJAH DAMPIER, AND TEVEN LOCKHART | : : : : | |
| Plaintiffs, | : : | Civil Action No. 3:22-cv-00398-JCH |
| v. | : : | |
| TERRASMART, INC. and 360 INDUSTRIAL SERVICES LLC | : : : | |
| Defendants, | : X | JULY 10, 2023 |

**STIPULATION FOR LEAVE TO FILE PLAINTIFFS'
SECOND AMENDED COMPLAINT**

**THE PARTIES STIPULATE THAT** Plaintiffs Ryan Luter, Ralph Luter, Ralph Brown, Dwayne Gardner, Elijah Dampier, and Teven Lockhart, be granted leave to amend the Complaint to delete four Claims (Claims IV to VIII of the Amended Complaint) dismissed by the Court, so that such Complaint matches the existing claims, per the Court's Order of February 28, 2023. Accordingly, plaintiff seeks leave to omit those Claims from the Second Amended Complaint (without prejudice to any future right to review those rulings on appeal).

Plaintiff also seeks to voluntarily dismiss one plaintiff, Dwayne Gardner, as to *only* his claims against defendant 360 Industrial Services LLC.

Defendant Terrasmart, Inc. and defendant 360 Industrial Services LLC. stipulate to the Amendment of the pleadings as referred to here.

Given the Stipulation between the Parties as to the dismissal of these claims (and particularly comporting the claims against defendant Terrasmart with the Court's Order) and the preference for accuracy in the pleadings, the parties submit that filing of the Second Amended

Complaint will assist with judicial economy and accuracy. A copy of the Proposed Amended Complaint and a Red-lined version are included herein as Exhibit 1.

                                                 Respectfully submitted,

**FOR THE PLAINTIFFS**

By:  *Lewis Chimes*
        Lewis Chimes (ct07023)
        Law Office of Lewis Chimes LLC
        45 Franklin Street
        Stamford, CT 06901
        Phone: (203)32407744
        Facsimile: (203)969-1319
        Email: lchimes@chimeslaw.com

**DEFENDANT,**
**TERRASMART, INC.**

By:/s/William Joseph Anthony
William Joseph Anthony

Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022
(212) 471-4404
(475) 207-3977 fax
wanthony@littler.com

**DEFENDANT,**
**360 INDUSTRIAL SERVICES LLC**

By:/s Vincent T. Norvillo
Vincent T. Norwillo, Esquire
1309 Ridge Road, Suite 1
Hinckley, OH 44233
T: (330) 278-1136; F: (330) 278-1022
vincent.norwillo@norwillolaw.com

CERTIFICATION

       This is to certify that on July 10, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /S/_ MICHAEL RANIS