UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
**RYAN LUTER, RALPH LUTER, RALPH** :
**BROWN, DWAYNE GARDNER, ELIJAH** :
**DAMPIER, AND TEVEN LOCKHART** :
    :
           **Plaintiffs,** :
v.  :
    : 3:22-cv-00398-JCH
**TERRASMART, INC., and** :
**360 INDUSTRIAL, INC.** :
    : **FEBRUARY 12, 2024**
           **Defendants.** :
------------------------------------------------------------x

## STIPULATION OF DISMISSAL

The Plaintiffs, Ryan Luter, Ralph Luter, Ralph Brown, Dwayne Gardner, Elijah Dampier and Teven Lockhart, and the Defendants, TerraSmart, Inc. and 360 Industrial, Inc. stipulate to the dismissal of the above-entitled matter, with prejudice, and without costs or fees to either party.

**RESPECTFULLY SUBMITTED**
**Plaintiffs: Ryan Luter, Ralph Luter,**
**Ralph Brown, Dwayne Gardner, Elijah**
**Dampier and Teven Lockhart**

By: *//s//Lewis Chimes (ct 07023)*
       Lewis Chimes, Esquire

**Defendant: TerraSmart, Inc.**

By: *//s//William Anthony (ct17865)*
       William Anthony, Esquire

**Defendant: 360 Industrial, Inc.**

By: *//s//Vincent Norwillo (phv20632)*
       Vincent Norwillo, Esquire